

NUMBER 13-13-00582-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**City of Waelder, Texas,**                                               **Appellant,**

**v.**

**Larry Stamps,**                                                    **Appellee.**

### On appeal from the 25th District Court of Gonzales County, Texas.

# ORDER ABATING APPEAL

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Per Curiam

This cause is before the Court on the appellant's agreed motion to abate the appeal for purposes of settlement.

The Court, having examined and fully considered the documents on file and the agreed motion to abate, is of the opinion that the agreed motion to abate the appeal for

purposes of settlement should be granted. The agreed motion to abate the appeal for purposes of settlement is GRANTED and this appeal is ordered ABATED until March 12, 2014.

PER CURIAM

Delivered and filed the
10th day of February, 2014.